# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

BRANDON KING,

                  Plaintiff,             **CIVIL NUMBER:  4:23-cv-00069-RGE-WPK**

  v.

UNITED PARCEL SERVICE, INC.,          **JUDGMENT IN A CIVIL CASE**
SHANE SIPIORSKI, LANCE KING,
MICHAEL TREWET, and
AUSTIN COURTNEY,

                  Defendants,

☐ **JURY VERDICT.**  This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.

☑ **DECISION BY COURT**.  This action came before the Court.  The issues have been considered and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED**:

Pursuant to Order Granting Defendant's Motion for Judgment on the Pleadings [31], the case is dismissed. Judgment is entered in favor of the Defendants and against the Plaintiff.

Date: March 29, 2024

                             CLERK, U.S. DISTRICT COURT

                             /s/  Kandy Sands

                             By: Deputy Clerk